Brian E. Mitchell (SBN 199095)
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3514
Facsimile: (415) 402-0058
Email: info@mcolawoffices.com

Attorney for Defendants Siccness.net LLC,
Nemo J. Mitchell, Entertainment One GP LLC,
Entertainment One U.S. LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3RD DEGREE BEATS AND MUSIC LLC,<br><br>Plaintiff,<br>v.<br>SICCNESS.NET LLC, et al.,<br><br>Defendants. | CASE NO.: 3:13-cv-00274-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:  Mediation (ADR L.R. 6)

Dated:  April 17, 2013

Respectfully submitted,

By: _/s/ Jason S. Lohr_____
Jason S. Lohr
LOHR RIPAMONTI LLP
140 Geary Street, 4F
San Francisco, CA 94108

Attorney for Plaintiff 3RD DEGREE BEATS AND MUSIC LLC

Dated:  April 17, 2013

Respectfully submitted,

By: /s/ Brian E. Mitchell_____
Brian E. Mitchell
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111

Attorney for Defendants SICCNESS.NET LLC, NEMO J MITCHELL, ENTERTAINMENT ONE GP LLC, and ENTERTAINMENT ONE US LLP

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.

☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

The deadline to complete the mediation is ninety days from the date of this Order.

Dated: April 19, 2013

_____
UNITED STATES DISTRICT JUDGE

3