Brian E. Mitchell (SBN 199095)
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:  (415) 766-3514
Facsimile:  (415) 402-0058
Email:  info@mcolawoffices.com

Attorney for Defendants Siccness.net LLC,
Nemo J. Mitchell, Entertainment One GP LLC,
Entertainment One U.S. LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3RD DEGREE BEATS AND MUSIC LLC,<br><br>    Plaintiff,<br>v.<br>SICCNESS.NET LLC, et al.,<br><br>    Defendants. | CASE NO.: 3:13-cv-00274-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: Mediation (ADR L.R. 6)

Dated: April 17, 2013

Respectfully submitted,

By: _/s/ *Jason S. Lohr*_____
Jason S. Lohr
LOHR RIPAMONTI LLP
140 Geary Street, 4F
San Francisco, CA 94108

Attorney for Plaintiff 3RD DEGREE BEATS AND MUSIC LLC

Dated: April 17, 2013

Respectfully submitted,

By: /s/ *Brian E. Mitchell*_____
Brian E. Mitchell
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111

Attorney for Defendants SICCNESS.NET LLC, NEMO J MITCHELL, ENTERTAINMENT ONE GP LLC, and ENTERTAINMENT ONE US LLP

1 **[PROPOSED] ORDER**

2 ☐ The parties' stipulation is adopted and IT IS SO ORDERED.

3 ☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

4 The deadline to complete the mediation is ninety days from the date of this Order.

10 Dated: April 19, 2013

11 _____
UNITED STATES DISTRICT JUDGE

3