LOHR • RIPAMONTI LLP
Jason S. Lohr (SBN 262267)
140 Geary Street, 4F
San Francisco, CA 94108
Telephone: (415) 294-0448
Facsimile: (415) 789-4163
Email: jason.lohr@lrllp.com

*Attorneys for Plaintiff 3rd Degree Beats and Music LLC*

Brian E. Mitchell (SBN 199095)
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3514
Facsimile: (415) 402-0058
Email: info@mcolawoffices.com

*Attorney for Defendants Siccness.net LLC,
Nemo J. Mitchell, Entertainment One GP LLC,
Entertainment One U.S. LLP, Entertainment One LTD.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3RD DEGREE BEATS AND MUSIC LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SICCNESS.NET LLC, NEMO J. MITCHELL, ENTERTAINMENT ONE LTD (DBA E1 DISTRIBUTION), ENTERTAINMENT ONE GP LLC, ENTERTAINMENT ONE U.S. LP, and DOES 1-10,<br><br>    Defendants. | CASE NO.: 4:13-cv-00274-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE** |



Plaintiff 3rd Degree Beats and Music LLC and Defendants Siccness.net LLC, Nemo J. Mitchell, Entertainment One GP LLC, Entertainment One U.S. LLP, and Entertainment One LTD. (each referred to herein as a "Party," collectively the "Parties") by and through their counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a) that the above entitled action is dismissed in its entirety, with prejudice, each Party to bear its own costs and attorneys' fees.

Respectfully submitted this 22nd day of July 2013.

| Mitchell + Company | Lohr Ripamonti LLP |
|---|---|
| /s/ Brian E. Mitchell | /s/ Jason S. Lohr |
| Brian E. Mitchell<br>info@mcolawoffices.com | Jason S. Lohr<br>Jason.lohr@lrllp.com |
| *Attorney for Defendants Siccness.net LLC, Nemo J. Mitchell, Entertainment One GP LLC, Entertainment One U.S. LLP, and Entertainment One LTD.* | *Attorneys for Plaintiff 3rd Degree Beats and Music LLC* |

GOOD CAUSE APPEARING THEREFORE in the stipulation of counsel, it is hereby ordered that this matter be dismissed with prejudice; parties to bear their own costs.

IT IS SO ORDERED.

July 23, 2013

_____
Honorable Jeffrey S. White